72 So.3d 490 (2011)
KELLY
v.
O'NEIL;
O'NEIL
v.
CAROL CARTER RECORDER OF MORTGAGES FOR PARISH OF ORLEANS;
3RD STREET PROPERTIES, LLC
v.
AFFORDABLE HOUSING CONTRACTORS, LLC;
O'NEIL
v.
HONORABLE CAROL CARTER, ORLEANS PARISH RECORDER OF MORTGAGES.
Nos. 2011-CA-0232, 2011-CA-0233, 2011-CA-0234, 2011-CA-0235.
Court of Appeal of Louisiana, Fourth Circuit.
September 28, 2011.
McKAY, J.

DECISION WITHOUT PUBLISHED OPINION
Affirmed.